JENNIE E. NOONAN, Respondent, *v.* THOMAS C. LUTHER, Appellant.

*Noonan* v. *Luther*, 157 App. Div. 885, affirmed.
(Argued March 23, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 4, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for an assault and battery alleged to have been committed by defendant against the plaintiff, in that he used unjustifiable force in removing her from his premises upon her refusal to leave after being directed to do so.

*Nash Rockwood* and *L. B. McKelvey* for appellant.

*Edgar T. Brackett* and *W. H. Cogan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.